[980 NE2d 532, 956 NYS2d 483]

In the Matter of WEEKS WOODLANDS ASSOCIATION, INC., et al., Appellants, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK et al., Respondents.

Decided November 29, 2012

### APPEARANCES OF COUNSEL

*Albert K. Butzel Law Offices*, New York City (*Albert K. Butzel* and *Michael S. Gruen* of counsel), for appellants.

*Wachtel Masyr & Missry LLP*, New York City (*Karen Binder* of counsel), for Dormitory Authority of the State of New York and another, respondents.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Edward F.X. Hart* of counsel), for New York City Department of Buildings, respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. Under the particular circumstances of this case, we agree with the Appellate Division majority that the challenged project is substantially complete and that the proper course of action was to dismiss the appeals taken to that Court as moot.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.